# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ILLINOIS

_____
)
)
SHIRLEY CHAN, )
)
Plaintiff, )   Case No. __22-2200_____
)
TARGET CORPORATION and )
JOHN DOE, )
)
Defendants. )
)
_____)

## COMPLAINT

COMES NOW Shirley Chan, *pro se*, Plaintiff in the above-captioned action, and files this complaint against TARGET CORPORATION and JOHN DOE, Defendants, and in support states as follows:

**FACTS**

1. Plaintiff Shirley Chan is a resident of the State of Illinois.

2. Defendant TARGET CORPORATION (hereinafter "Target") is a foreign corporation authorized to transact business in the State of Illinois, with a Target store located in the Hoffman Estates, Illinois.

3. Defendant JOHN DOE is an employee of Target who was working at Target on September 17, 2020, and whose tortious acts and/or omissions may have

caused and/or contributed to the injuries complained of in this Complaint. However, despite diligence attempts by Plaintiff, the identity of JOHN DOE is currently unknown to Plaintiff. The identity of JOHN DOE will be ascertained through discovery of this matter.

4. Jurisdiction is conferred on this Court by 28 U.S.C. § 1331 in that the claims alleged herein arise under the laws of the United States, and by 28 U.S.C. § 1332 because Plaintiff and Defendant are entirely diverse and the amount in controversy exceeds $75,000.

5. This court has personal jurisdiction over Target because Target regularly transacts business within the State of Illinois.

6. Venue is proper in this Court under 28 U.S.C. § 1391(b)(2) because "a substantial part of the events or omissions giving rise to the claim" occurred in Illinois.

7. On September 17, 2020, Defendant Target owned and operated a Target store located in Schaumberg, Illinois.

8. On September 17, 2020, Plaintiff Shirley Chan was a field engineer employed full-time by ProAutomated of 100 Lake Drive, Ste 205, Newark, Delaware 19702.

9. On September 17, 2020, Plaintiff Chan was assigned by ProAutomated to work in a subcontractor role for a different company called Acuity Brands Lighting, One Lithonia Way, Conyers, GA 30012.

10. On September 17, 2020, Acuity Brands Lighting assigned Chan to visit the Target store in Hoffman Estates, Illinois, to perform a consultation about work that was to be performed in the future.

11. On September 17, 2020, Chan was surveying the roof at the Target Store when she began descending the stairs into the electrical room.

12. The stairs between the roof and the electrical room were narrow, poorly lit, and extremely hazardous.

13. Target employee John Doe was closely supervising the work that was being performed by Plaintiff Chan on September 17, 2020.

14. At all relevant times, Plaintiff Chan exercised reasonable care for her own safety. However, despite her exercise of reasonable and due care, Plaintiff Chan was injured by the negligence of the Defendants.

15. At all relevant times, Defendant Target owed a duty of reasonable care to Plaintiff to keep its premises free from hazards for workers such as Plaintiff Chan, as well as ensure that its employees or agents (such as Defendant JOHN DOE) operate safely, keep a proper lookout for hazards, and do not negligently distract workers while attempting to navigate dangerous stairs.

16. At all relevant times, Defendant Target negligently failed to maintain the stairs from the roof to the electrical room in a safe manner.

17. At all relevant times, Defendant Target negligently failed to warn Plaintiff Chan of the hazards presented by the stairs from the roof to the electrical room.

18. At all relevant times, Defendants Target and John Doe failed to conduct their operations in the above-referenced Hoffman Estates Target store in a safe manner and failed to exercise ordinary care.

19. At all relevant times, John Doe was an employee and/or agent of Defendant Target.

20. At all relevant times, Defendant Target negligently failed to supervise and/or monitor the agent and/or employee involved in the incident, failed to make sure that the stairs into the electrical room were maintained in a safe manner, failed to monitor safety conditions, failed to make sure that he was not distracting workers, and failed to warn Plaintiff of the dangers posed by the premises.

21. At all times relevant, Defendant Target negligently hired, trained, retained and/or supervised Defendant John Doe, the employee/agent who districted Plaintiff Shirley Chan while she was climbing down the stairs on September 17, 2022.

22. Defendant Target is directly liable for its own above-described malfeasance, and it is vicariously liable for the negligence acts of its agent/employee, Defendant John Doe.

23. As a direct and proximate result of the negligent acts of Defendant Target and Defendant John Doe, Plaintiff Chan suffered serious and significant injuries and damages, including past and future medical expenses, past and future physical pain and suffering, and disability.

24. Plaintiff Chan has incurred and will continue to incur medical expenses and special damages in an amount to be proven at trial as a direct result of her injuries negligently caused by Defendants, for which she is entitled to recover compensation from Defendants.

25. Plaintiff Chan has suffered and will continue to suffer past, present and future physical pain and suffering as a direct result of her injuries negligently caused by Defendants, for which she is entitled to recover general damages from the Defendants in an amount to be proven at trial.

WHEREFORE, Plaintiff requests that she be given the following relief:

(a) That Plaintiff Chan be awarded damages to compensate her for her physical, mental, and emotional pain and suffering (past, present, and future) proximately caused by Defendants' above-described negligence, as determined by a jury;

(b) That Plaintiff Chan be awarded damages to compensate her for her medical and other necessary expenses which were incurred, and which

will be incurred in the future, as a proximate result of Defendants' above-described negligence, which amount shall be specifically proved at trial;

(c) That Plaintiff be awarded punitive damages; and

(d) That Plaintiff Chan be granted such further relief as the Court deems proper.

**JURY TRIAL DEMANDED**

Respectfully submitted this 19th day of September, 2022

___/s/ Shirley Chan_____
Shirley Chan
*Pro Se*
3014 South Princeton Ave
Chicago, IL 60616
312-646-9258
chansh44@gmail.com